UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>NORA BRAYSHAW (individually), and<br><br>NORA BRAYSHAW as surviving spouse and fiduciary for the deceased DAVID BRAYSHAW, who died intestate on August 11, 2015,<br><br>    Defendants. | Case No. 2:22-cv-01859 KJN<br><br>**ORDER GRANTING EX-PARTE MOTION FOR ADMINISTRATIVE RELIEF SEEKING TO EXTEND TIME TO SERVE PROCESS ON DEFENDANTS PURSUANT TO FED. R. CIV. P. 4(m) & 6 AND LOCAL RULES 144 & 233** |

    Plaintiff, the United States of America, moved to extend the time to serve the summons issued in this case, along with the complaint and docketed filings of the court (collectively "process") by 90 days, from January 17, 2023, to and through April 17, 2023.

    Having reviewed the motion, declaration and exhibits, and for good cause shown, it is hereby **ORDERED** that:

1. plaintiff's motion is granted; and
2. the plaintiff's time to serve process on Nora Brayshaw under Rule 4(m) of the Federal Rules of Civil Procedure is hereby extended to and through April 17, 2023.

Dated:  January 3, 2023

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

bray.1859

1