UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NORA BRAYSHAW,<br><br>　　　　　Defendant. | No. 2:22–cv–1859–KJN<br><br>ORDER |

　　　　In October 2022, plaintiff filed claims against defendant for collection of penalty assessments for the alleged willful failure to timely file a foreign bank account report under 31 U.S.C. §§ 5321(a)(5) & (b)(2).¹ (ECF No. 1.) Plaintiff asserts it has been unable to effectuate service on defendant, alleging she has engaged in a pattern of behavior that indicates she is actively attempting to evade service. (ECF No. 9.)

　　　　Plaintiff filed a motion for service by publication, setting the matter for a hearing on April 4, 2023; this motion was served on defendant. (Id.) Under the Court's Local Rules, defendant was obligated to respond to plaintiff's motion at least fourteen days prior to the hearing date: or March 21, 2023. See E.D. Cal. L.R. 230(c) ("Opposition, if any, to the granting of the motion shall be in writing and shall be filed and served not less than fourteen (14) days preceding the []

---

¹ This action proceeds before the undersigned pursuant to 28 U.S.C. § 636(b)(1) and E.D. Cal. Local Rule 302(c)(21).

1

hearing date."). A review of the court's docket reveals defendant failed to do so by the deadline. Local Rule 230(c) states "[n]o party will be entitled to be heard in opposition to a motion at oral arguments if opposition to the motion has not been timely filed by that party[.]"

Accordingly, IT IS HEREBY ORDERED that the April 4, 2023 hearing on plaintiff's motion is VACATED, the motion is taken under submission, and the court will decide the matter on the written briefing only.

Dated: March 27, 2023

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

bray.1859