UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>NORA BRAYSHAW (individually), and<br><br>NORA BRAYSHAW as surviving spouse and fiduciary for the deceased DAVID BRAYSHAW, who died intestate on August 11, 2015,<br><br>    Defendants. | Case No. 2:22-cv-01859 KJN<br><br>**ORDER GRANTING *EX-PARTE* MOTION FOR ADMINISTRATIVE RELIEF TO**<br><br>**EXTEND TIME TO SUBSTITUTE PARTY PURSUANT TO FED. R. CIV. P. 25(a)(1) & 6 AND LOCAL RULES 144 & 233**<br><br>**AND**<br><br>**TO SERVE PROCESS ON DEFENDANTS PURSUANT TO FED. R. CIV. P. 4(m) & 6 AND LOCAL RULES 144 & 233** |

    Plaintiff, the United States of America, has moved to extend the time to move to substitute a party for the deceased Nora Brayshaw by 90 days, from August 31, 2023, to November 29, 2023, and to extend the time to serve the summons issued in this case, along with the complaint and docketed filings of the court (collectively "process") by 75 days, from October 14, 2023, to and through December 28, 2023.  Having reviewed the motion and for good cause shown, it is hereby ORDERED that plaintiff's motion is granted.  Plaintiff shall have until November 29, 2023, to move to substitute a party for the deceased Nora Brayshaw.  Further,

////

Plaintiff shall have until December 28, 2023, to request a summons on defendants' successor or representative under Rule 4(m) of the Federal Rules of Civil Procedure.

Dated: September 1, 2023

                                                KENDALL J. NEWMAN
                                                UNITED STATES MAGISTRATE JUDGE

SD, bray.1859