UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NORA BRAYSHAW (individually), and<br><br>NORA BRAYSHAW as surviving spouse and fiduciary for the deceased DAVID BRAYSHAW, who died intestate on August 11, 2015,<br><br>Defendants. | Case No. 2:22-cv-01859-CKD<br><br>**ORDER GRANTING *EX-PARTE* MOTION FOR ADMINISTRATIVE RELIEF TO: EXTEND TIME TO REQUEST SUMMONS PURSUANT TO FED. R. CIV. P. 4(m) & 6(b)(1) AND LOCAL RULES 144 & 233** |

Plaintiff, the United States of America, has moved for a 120-day extension, from August 22, 2024 to December 19, 2024, to request a summons to serve along with the complaint on the Defendants' successor or representative under Rule 4(m) of the Federal Rules of Civil Procedure, and to then serve process on the successor or representative. Having reviewed the motion and for good cause shown, it is hereby,

**ORDERED**, that plaintiff's motion (ECF No. 27) is granted; and it is further

**ORDERED**, that the plaintiff's time to request a summons in this case and to serve process is hereby extended to and including December 19, 2024.

Dated: November 13, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1