UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>　　v.<br><br>NORA BRAYSHAW (individually), and<br><br>NORA BRAYSHAW as surviving spouse and fiduciary for the deceased DAVID BRAYSHAW, who died intestate on August 11, 2015,<br><br>　　Defendants. | Case No. 2:22-cv-01859-CKD<br><br>**ORDER GRANTING *EX-PARTE* MOTION FOR ADMINISTRATIVE RELIEF TO EXTEND TIME TO FILE WAIVER OF SERVICE OR REQUEST SUMMONS PURSUANT TO FED. R. CIV. P. 4(m) & 6(b)(1) AND LOCAL RULES 144 & 233** |

　　Plaintiff, the United States of America, has moved for a 120-day extension, from April 17, 2025 to August 15, 2025, file a waiver of service or to request a summons to serve on the personal representative of the estate. Having reviewed the motion and for good cause shown, it is hereby

　　**ORDERED**, that the United States' motion (ECF No. 32) is granted;

1

1      **ORDERED**, that the United States may satisfy the service requirements of Federal Rule of Civil Procedure 4 by retaining an attorney to represent the interests of the Estate for the purposes of this action and by then serving that attorney with process;

     **ORDERED,** that the United States will report to the Court and file a notice of retention as to the individual retained to represent the interests of the Estate for this action; and

     **ORDERED,** that the plaintiff's time to request a summons in this case and to serve process is hereby extended to and including August 15, 2025.

Dated:  April 21, 2025

                                                             */s/ Carolyn K. Delaney*
                                                            CAROLYN K. DELANEY
                                                            UNITED STATES MAGISTRATE JUDGE