UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>NORA BRAYSHAW (individually), and<br><br>NORA BRAYSHAW as surviving spouse and fiduciary for the deceased DAVID BRAYSHAW, who died intestate on August 11, 2015,<br><br>    Defendants. | Case No. 2:22-cv-01859-CKD<br><br>**ORDER GRANTING MOTION TO SET TIME TO FILE WAIVER OF SERVICE AND STATUS REPORT PURSUANT TO FED. R. CIV. P. 4(m) AND LOCAL RULES 144 & 233** |

Plaintiff, the United States of America, has moved to set the time to have a personal representative appointed and file a waiver of service to March 20, 2026. Having reviewed the motion and for good cause shown, it is hereby ORDERED that:

1. The United States motion (ECF No. 36) is GRANTED;

2. The United States may satisfy the service requirements of Federal Rule of Civil Procedure 4 by retaining the attorney set forth in the United States motion to represent the interests of the Estate for the purposes of this action and by having that attorney waive service of process; and

3. The United States will file a waiver of service and status report on or before March 20, 2026.

Dated: 12/30/25

*/s/ Carolyn K. Delaney*
_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1